COCHRAN, Respondent, v. REICH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by William F. Cochran against Lorenz Reich and Elizabeth Reich. Delos McCurdy, for appellants. Treadwell Cleveland, for respondent.

PER CURIAM. Questions of fact only are involved in these appeals. The actions were upon promissory notes made by the defendant Lorenz Reich to the order of the plaintiff, and indorsed by the defendant Elizabeth Reich. The principal issue related to the consideration given for the indorsement, but the referee found upon conflicting evidence that the indorsements were made for the purpose of giving the maker of the note credit with the payee. As between the maker and the payee, the consideration was the extension of or credit for rent of premises leased by the payee to the maker of the notes, and the indorsements were made to induce the payee to take the notes. The defense of usury is set up in the answers of both defendants, but there is no proof whatever to sustain that defense. Concerning the counterclaim set up in the answer of Lorenz Reich, it is sufficient to say that the referee was entirely justified by the evidence in rejecting all of it, except the small amount he found to be due, for which credit was duly given. The exaggerated claim made by the defendants shows upon its face its fictitious character, and the testimony given by the defendants in support of it is entitled to no weight whatever. Judgments appealed from should be affirmed, with costs.

COMMERCIAL BANK, Respondent, v. FOLTZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February, 1898.) Action by the Commercial Bank against Moses Foltz, impleaded with others. No opinion. Judgment affirmed, with costs. See 41 N. Y. Supp. 183, 43 N. Y. Supp. 985, and 50 N. Y. Supp. 1125.

COMMERCIAL BANK, Respondent, v. FOLTZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February, 1898.) Action by the Commercial Bank against Moses Foltz and Beaman Catto, impleaded with others. No opinion. Order of June 11, 1896, and order of July 2, 1896, affirmed, without costs to either party. See 41 N. Y. Supp. 183, 43 N. Y. Supp. 985, 46 N. Y. Supp. 983, and 50 N. Y. Supp. 1125.

CONNOR v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by Bridget Connor against the mayor, etc., of the city of New York. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 972.

CONWAY v. CITY OF ROCHESTER et al. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by John Conway against the city of Rochester and others. No opinion. Motion to amend order denied, without costs, without prejudice to right to withdraw appeal from court of appeals, and to apply for relief in this court. See 49 N. Y. Supp. 244, and 50 N. Y. Supp. 1125.

COSTELLO, Respondent, v. COSTELLO, Appellant. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by S. Caroline Costello against John H. Costello. J. Delahunty, for appellant. H. H. Crossman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 51 N. Y. Supp. 1140.

COX, Appellant, v. TAYLOR, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by William Cox against J. Merton Taylor, as treasurer of the West End Improvement Association. No opinion. Judgment and order affirmed, with costs. See 41 N. Y. Supp. 1132, 1133.

COYLE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by William H. Coyle against the city of New York. C. Goldzier, for appellant. A. Bach, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DALY et al. v. METROPOLITAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by John F. Daly and others against the Metropolitan Life Insurance Company. No opinion. Motion granted, with $10 costs.

DEAN v. CANFIELD et al. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by Harry W. Dean, executor, against Milton M. Canfield and another. No opinion. Motion denied, upon payment of $10 costs.

DOCHTERMAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 24, 1898.) Action by Mary Dochterman against the Brooklyn Heights Railroad Company. No opinion. Reargument ordered.

DONIHEE v. SEYBEL. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Delia I. Donihee against Daniel E. Seybel. No opinion. Motion denied.

DONIHEE, Appellant, v. SEYBEL, Respondent. (Supreme Court, Appellate Division, First Departmtent. May 13, 1898.) Action by Delia E. Donihee against Daniel E. Seybel, impleaded. G. Haldane, for appellant. J. Fettretch, for respondent. No opinion. Judgment affirmed, with costs, on opinion in Crosby v. Workingmen's Ass'n, 8 App. Div. 440, and Traphagen v. Donihee (decided April, 1898) 51 N. Y. Supp. 261.

DOORLEY v. O'GORMAN. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Timothy Doorley against Mary O'Gorman. No opinion. Motion denied, upon payment of $20 costs, to enable appellant to move in court below to open default. See 52 N. Y. Supp. 536.

In re DUNN. (Supreme Court, Appellate Division, Third Department. March 8, 1898.)

In the matter of the petition of Martin Dunn, Jr., to disbar a member of the bar.

PER CURIAM, Report of the referee confirmed, and charges dismissed. See 50 N. Y. Supp. 163.

In re DUNN. (Supreme Court, Appellate Division, Third Department. January, 1898.) In the matter of the petition of Martin Dunn, Jr. No opinion. Franklin M. Danaher is appointed referee to hear and determine upon the charges contained in the petition; and C. F. Cantine, district attorney of Ulster county, is appointed, pursuant to section 68 of the Code of Civil Procedure, to conduct the prosecution thereof. See 50 N. Y. Supp. 163.

DURYEA, Appellant, v. GRAY, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Charles H. Duryea against Byron Gray. A. R. Bunnell, for appellant. W. J. Groo, for respondent. No opinion. Judgment affirmed, with costs.

EAGAN et al., Plaintiffs, v. SCULLY, Respondent (GALVIN et al., Appellants). (Supreme Court, Appellate Division, Third Department. January, 1898.) Action by Mary Eagan and William Eagan, Jr., infants, by Martin Eagan, their guardian ad litem, and William Eagan, against Sarah M. Scully, individually and as executrix, etc., of Patrick Scully, deceased, and Richard Lannigan, defendant. Robert Galvin and James Galvin, by guardian ad litem, appeal. No opinion. Order in each appeal modified as stated in memorandum, and, as modified, affirmed, with $10 costs and disbursements on one appeal to appellant. PER CURIAM filed with the clerk; withheld from publication by order of the court. All concur, except LANDON, J., not voting.

ECKERT, Respondent, v. VILAS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Anthony Eckert against Freeman W. Vilas and others. No opinion. Judgment affirmed, with costs.

ERNST, Respondent, v. MAHON, Appellant. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Morris L. Ernst against Bernard Mahon. S. Untermyer, for appellant. C. W. Hartridge, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FANNING. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) In the matter of the application of Elbert A. Fanning to continue Second street, in the village of Riverhead. No opinion. Order of the county court confirmed. See 50 N. Y. Supp. 1126.

FARMERS' LOAN & TRUST CO., Respondent, v. POCANTICO WATERWORKS CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1898.) Action by the Farmers' Loan & Trust Company against the Pocantico Waterworks Company and others. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 72.

FELICE, Appellant, v. BUFFALO, R. & P. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Vincensina Scrosone Felice, widow of Cosimo Felice, against the Buffalo, Rochester & Pittsburgh Railroad Company. No opinion. Judgment and order affirmed, with costs.

FERNALD v. PROVIDENCE WASHINGTON INS. CO. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by George H. Fernald against the Providence Washington Insurance Company. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 838.

FINKEL, Respondent, v. DAVIDSON et al., Appellants. (Supreme Court, Appellate Term. June 6, 1898.) Appeal from Fourth district court. Action by Benjamin Finkel against John Davidson and others. Judgment for plaintiff. Defendants appeal. Reversed. Abraham H. Sarasohn, for appellants. Jacob Rieger, for respondent.

PER CURIAM. We think the justice below had no power to modify the judgment as he did, and for that reason it should be reversed. We also think that the question put to the plaintiff on cross-examination, "Didn't you know as a cloakmaker, from an experience of four years, when a man is hired for a certain time, a writing is given, and, if a writing is not given, he is hired from week to week?" should have been allowed, as it had some bearing upon his credibility in view of the nature of the arrangement with the defendants to which he testified. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

FLEMING, Respondent, v. HARRISON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by James T. Fleming against Clasissa N. Harrison. No opinion. Judgment affirmed, with costs.

FOGARTY, Appellant, v. LONG ISLAND R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by John H. Fogarty, as administrator, etc., of John Henry Fogarty, deceased, against the Long Island Railroad Company and John R. Carpenter. No opinion. Judgment unanimously affirmed, with costs, on authority of Walsh v. Railroad Co., 145 N. Y. 301, 39 N. E. 1068.

FORD, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Napoleon B. Ford against the New York Central & Hudson River Railroad Company. No opinion. Reargument ordered. Questions stated and filed with clerk.

FOX et al., Appellants, v. MATTHIESON, Respondent. (Supreme Court, Appellate Division,